UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA PITRE,<br><br>    Plaintiff,<br><br>v.<br><br>KEVITA, INC.,<br><br>    Defendant. | Case No. 24-cv-06309-JST<br><br>**ORDER DISMISSING CASE** |

On August 8, 2025, the Court granted Defendant's motion to dismiss with leave to amend and provided 21 days for Plaintiff to file an amended complaint. ECF No. 44. The Court advised that "[i]f no amended complaint is timely filed, the case will be dismissed with prejudice." *Id*. at 13. To date, no amended complaint has been filed. Accordingly, this case is dismissed without leave to amend. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: October 6, 2025

_____
JON S. TIGAR
United States District Judge