UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

YOLANDA PITRE,

        Plaintiff,

   v.

KEVITA, INC.,

        Defendant.

Case No. 24-cv-06309-JST

**JUDGMENT**

Re: Dkt. No. 48

On October 6, 2025, the Court granted ORDER DISMISSING CASE.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff.  The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 6, 2025

_____

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California